# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**           Case No. 6:08-cr-81-Orl-31GJK

-vs-

**LUIS PALOMINO GARCIA**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on the Joint Stipulation Regarding Resentencing After Remand (Doc. 76) filed in this matter on September 21, 2010. The Defendant was originally sentenced to seventy months in the Bureau of Prisons, two years of supervised release and a $100 special assessment. (Doc. 53). Subsequently, the United States Court of Appeals for the Eleventh Circuit determined that the Defendant's previous assault conviction did not involve a "crime of violence," as that term is useed in USSG § 2L1.2(b)(1)(a), and that the 16-level enhancement should not have been applied to his sentence. (Doc. 65.) The Court of Appeals reversed and remanded for imposition of a new sentence.

The United States Probation Office has calculated that the Defendant's new guideline range is 21-27 months imprisonment. (Doc. 76 at 1-2). As the Defendant has been in custody since March 27, 2008, he has already served more than 29 months. The parties recommend that the Defendant be

sentenced to time served. (Doc. 76 at 2). The parties also agree and understand that the Defendant is an illegal alien and will be deported to Mexico upon his release. (Doc. 76 at 2). Accordingly, it is

**ORDERED** that the Defendant, Luis Palomino Garcia, is re-sentenced to a period of time served. Upon his release by the Bureau of Prisons, he is to be taken into custody by ICE for deportation.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 23, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Luis Palomino Garcia